The Honorable Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL S. CLARK, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>    Defendant. | No. 2:24-cv-00215-TL<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY INITIAL EXPERT DISCLOSURE DEADLINE**<br><br>**(~~PROPOSED~~)**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 24, 2025** |

Before the Court, without oral argument, is the Parties' Stipulated Motion to Modify Initial Expert Disclosure Deadline (the "Motion").  Having reviewed the pleadings in this matter, the Court is fully informed and finds that good cause exists to grant the Motion; now, therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.  The Expert Disclosure Deadline is now February 24, 2025.  The Clerk's Office is directed to enter this Order and an Amended Case Scheduling Order reflecting the new deadline.

Dated this 27th day of January, 2025.

_____
Tana Lin
United States District Judge

ORDER GRANTING EXTENSION OF INITIAL EXPERT DISCLOSURE DEADLINE – 1
Case No.: 2:24-CV-00215-TL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1  Presented by:

2  FORSBERG & UMLAUF, P.S.

3

   *s/ Michael D. Handler*
4  Michael D. Handler, WSBA #25654
   Laura G. Spence, WSBA #59480
5  *Attorneys for Defendant Safeco Insurance Company of America*

6

   Copy Received/Approved as to Form;
7  Notice of Presentation Waived:

8  ROBERT D. BOHM, PLLC

9

   *s/ Robert D. Bohm*
10 Robert D. Bohm, WSBA #42703
   *Attorneys for Plaintiff Russell Clark*
11

12 BASTION LAW, PLLC

13 *s/ Robert D. Bohm/ for*
   Jesse Froehling, WSBA #47881
14 *Attorneys for Plaintiff Russell Clark*

15

16

17

18

19

20

21

22

23

ORDER GRANTING EXTENSION OF INITIAL EXPERT DISCLOSURE DEADLINE – 2
Case No.: 2:24-CV-00215-TL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX