Honorable Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL CLARK, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>Defendant. | No. 2:24-cv-00215-TL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[CLERK'S ACTION REQUIRED]** |

**STIPULATION**

IT IS HEREBY STIPULATED pursuant to FRCP 41(a) by the parties to this action, by and through counsel, that all claims in this action shall be dismissed with prejudice and without costs.

Dated this 14th day of April, 2025.

FORSBERG & UMLAUF, P.S.

*s/ Michael D. Handler*
Michael D. Handler, WSBA #25654
*Attorneys for Defendant*

Dated this 14th day of April, 2025.

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff*

BASTION LAW, PLLC

*s/ Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 1
Case No.: 2:24-CV-00215

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

IT IS HEREBY ORDERED, based on the above stipulation of the parties, that this action is dismissed with prejudice and without costs.

DATED this 14th day of April, 2025.

[signature]
Tana Lin
United States District Judge

*Presented By:*

FORSBERG & UMLAUF, P.S.

*s/ Michael D. Handler*
Michael D. Handler, WSBA #25654
*Attorneys for Defendant*

*Copy Received; Approved as to Form;
Notice of Presentation Waived.*

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff\*

BASTION LAW, PLLC

*s/ Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2
Case No.: 2:24-CV-00215

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX